UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-10034-CR-MARTINEZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRED DAVIS CLARK, JR.,
  a/k/a "Dave Clark," and
CRISTAL R. CLARK,
  a/k/a "Cristal R. Coleman,"

        Defendants.
_____

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Government's Motion to Continue Trial Date (ECF No. 64), which was referred to United States Magistrate Judge, Lurana S. Snow. A hearing was held on the motion on September 29, 2014.

The Government seeks a continuance of the November 3, 2014 trial date on the grounds that although some discovery related to the Cay Clubs conspiracy has been provided to the Defendants, there is a great deal of additional discovery which must be produced. Also, owing to late October festivities in Key West, it has been difficult to secure accommodations for witnesses. The Defendants, who are in custody, wish to retain the current trial date, but counsel for Mr. Clark concedes that it will require a Herculean effort to go through all the new discovery in time for a November trial. Additionally, Ms. Clark's new counsel will require time to review the discovery previously provided as well as the new discovery.

In light of the time needed to properly prepare for a trial on the Superseding Indictment and considerations pertaining to scheduling a 5 to 6-week trial in Key West, the interests

of justice require that the trial be continued to a future date, to be set by the Honorable Jose E. Martinez.

This Court having considered carefully the pleadings, arguments of counsel, and the applicable case law, it is hereby

RECOMMENDED that the Government's Motion to Continue Trial Date (ECF No. 64) be GRANTED.

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 3rd day of October, 2014.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record