UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-10034-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

FRED DAVIS CLARK, JR., and
CRISTAL R. CLARK,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING MOTION TO CONTINUE TRIAL DATE

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court on the Government's Motion to Continue Trial Date (D.E. No. 64).

**THE MATTER** was referred to Magistrate Judge Lurana S. Snow and a hearing was held on September 29, 2014. A Report and Recommendation was filed on October 3, 2014 (D.E. No. 89), recommending that the Government's Motion be **granted** for the reasons stated in the report. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation (D. E. No. 89) of United States Magistrate Judge Lurana S. Snow, is hereby **AFFIRMED and ADOPTED.**

After careful consideration, the Court finds that for the reasons set forth in the Magistrate's Report and Recommendation, and in Counsel's Motion the ends of justice will be served by a continuance of the trial as to the Defendants as set forth below, and that an extension outweighs the interest of the public and the defendants in a speedy trial. Therefore, it is

**ORDERED AND ADJUDGED** that the Government's Motion to Continue Trial Date (D.E. No. 64) is **GRANTED.**

Trial in this cause is set on **Monday, March 16, 2015 at 9:30 a.m.,** at the United States Courthouse, 301 Simonton Street, Key West, Florida. Calendar Call will be held at **1:30 p.m.** on **Thursday, March 5, 2015,** at the United States Courthouse, 400 North Miami Avenue, Miami, Florida in Courtroom 10-1. All Counsel must be present at the calendar call.

The Court finds that the period of delay from **September 17, 2014 to March 16, 2015,** and any other trial date set hereafter excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of October, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record