UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-10034-CR-MARTINEZ/SNOW(s)(s)

UNITED STATES OF AMERICA

      Plaintiff,

vs.

FRED DAVIS CLARK, JR.,
a/k/a "Dave Clark,"

      Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the Court regarding the amount of victims' losses for restitution purposes as to Defendant Fred Davis Clark Jr. The Court referred the matter to United States Magistrate Judge Lurana S. Snow for an evidentiary hearing which was held on May 17, 2016 and the Court issued a Report and Recommendation on June 6, 2016 [ECF No. 613]. At that hearing, the government submitted a loss spreadsheet that summarized various categories of restitution and that was the subject of the hearing.

The Court having fully considered the entire file and record and notes Defendant's objections to the report and recommendation. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 613] of United States Magistrate Judge Lurana S. Snow, is hereby adopted in its entirety. It is

**ORDERED** that Fred Davis Clark, Jr, shall pay restitution in the amount of **$179,076,941.89** as set forth in the Government's Exhibit 158 (under seal), less the amount of any Chase mortgages assigned for sale as mortgaged backed securities.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of June, 2016.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Snow
All Counsel Of Record