UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
**Case Number: 13-10034-CR-MARTINEZ**

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

FRED DAVIS CLARK, JR.,
a/k/a "Dave Clark,"
    Defendant.
_____/

IN RE THE MATTER OF JUROR
RENEE ROBERTS and her employer
P & P GROUP CORPORATION
_____/

## ORDER

THIS CAUSE came before the Court upon a telephone call from Renee Roberts ("Roberts"), a juror in the above-referenced case. Roberts claimed that she had been terminated by her employer P & P Group Corporation due to her jury duty service. The Court finds probable merit in Robert's claim that a violation of 28 U.S.C. § 1875(a) has occurred. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that Robert C. Josefsberg of Podhurst Orseck, P.A. shall be appointed as counsel to Renee Roberts to represent her in any action in the district court necessary to the resolution of her claim. Any work performed by such counsel with respect to Robert's claim pursuant to 28 U.S.C. § 1875 shall be compensated and necessary expenses repaid to the extent provided by 18 U.S.C. § 3006A.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of July, 2016.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Renee Roberts
P & P Group Corporation
All Counsel of Record